U.S. Department of Justice
Immigration and Naturalization Service

Notice of Action

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SRC-04-061-50360 | | CASE TYPE  I485  APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>December 24, 2003 | PRIORITY DATE | APPLICANT  A96 090 718<br>XUN, XIAODONG |
| NOTICE DATE<br>December 29, 2003 | PAGE<br>1 of 1 | |

XIAODONG XUN
208 BONTRESSA DR 7
LOUISVILLE KY 40206

Notice Type:  Receipt Notice

Amount received: $ 305.00
Section: Adjustment as direct
beneficiary of immigrant
petition

The above application or petition has been received. It usually takes 990 to 999 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

06 1515

**FILED**

AUG 2 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
**Customer Service Telephone: (800) 375-5283**



U.S. Department of Justice
Immigration and Naturalization Service

**Notice of Action**

## THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>SRC-04-061-50370 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>December 24, 2003 | PRIORITY DATE | APPLICANT  A96 090 719<br>ZHU, XIAOLEI |
| NOTICE DATE<br>December 29, 2003 | PAGE<br>1 of 1 | |

XIAOLEI ZHU
208 BONTRESSA DR 7
LOUISVILLE KY 40206

Notice Type: Receipt Notice

Amount received: $ 305.00

Section: Derivative adjustment

The above application or petition has been received. It usually takes 990 to 999 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number (800) 375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at **1-800-375-5283**. If you are hearing impaired, please call our TDD at **1-800-767-1833**.

You can also visit the INS on the internet at www.bcis.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283



Form I-797C (Rev. 09/07/93) N



U.S. Department of Homeland Security
Texas Service Center
P.O. Box 851488
Mesquite, TX 75185-1488

**U.S. Citizenship and Immigration Services**

Friday, September 9, 2005

XIAODONG XUN
208 BONTRESSA DR
APT 7
LOUISVILLE KY 40206

Dear XIAODONG XUN:

On 09/01/2005 you, or the designated representative shown below, contacted us about your case. Some of the key information given to us at that time was the following:

| | |
|---|---|
| **Caller indicated they are:** | The applicant |
| **Attorney Name:** | Information not available |
| **Case type:** | I485 |
| **Filing date:** | 12/29/2003 |
| **Receipt #:** | SRC-04-061-50360 |
| **Beneficiary (if you filed for someone else):** | XUN, XIAODONG |
| **Your USCIS Account Number (A-number):** | Information not available |
| **Type of service requested:** | Case Status - Outside Processing Time |

The status of this service request is:

The processing of your case has been delayed. We are currently awaiting the results of required security checks on this case. These background checks are required of all who apply for the immigration benefit you are seeking. We will make every effort to make a decision on this case as soon as the security checks are complete. If you do not receive a decision or other notice of action from us within 6 months of this letter, please contact us by calling our customer service number provided below.

If you have any further questions, please call the National Customer Service Center at 1-800-375-5283.

Please remember: By law, every person who is not a U.S. citizen and who is over the age of 14 must also notify the Department of Homeland Security within 10 days from when they move (persons in "A" or "G" nonimmigrant status are exempt from this requirement). If you have moved, please complete a Form AR-11 and mail it to the address shown on that form. If you do not have this form, you can download it from our website or you can call the National Customer Service Center at 1-800-375-5283 and we can order one for you. If you move, please call us with your new address information as soon as your move is complete. If you have already called us and given us this information, you do not need to call again.

U.S. Citizenship and Immigration Services

**JIM BUNNING**
KENTUCKY

COMMITTEES:
FINANCE
ENERGY AND NATURAL RESOURCES
BANKING, HOUSING, AND URBAN AFFAIRS
VETERANS' AFFAIRS
BUDGET

# United States Senate
WASHINGTON, DC 20510

WASHINGTON OFFICE:
316 HART SENATE OFFICE BUILDING
WASHINGTON, DC 20510
(202) 224-4343

MAIN KENTUCKY OFFICE:
1717 DIXIE HIGHWAY, SUITE 220
FORT WRIGHT, KY 41011
(859) 341-2602

September 23, 2005

Mr. Xiaodong Xun
208 Bontressa Drive, #7
Louisville, KY 40206-2192

Dear Mr. Xun:

    I was recently contacted by the appropriate officials of the U. S. Citizenship and Immigration Services in response to the inquiry I made on your behalf. I was advised your name clearance is still pending with the F.B.I. Unfortunately, it may be some time before you receive a final determination from CIS.

    Please notify my office if you do not receive a final decision from this agency within the next 30 days and I will be happy to continue my efforts on your behalf. In the meantime, feel free to call if I can assist you in any other way.

Best personal regards,

*Jim*

JIM BUNNING
United States Senator

JB:psd.2

---

HAZARD OFFICE:
601 MAIN STREET
SUITE 2
HAZARD, KY 41701
(606) 435-2390

HOPKINSVILLE OFFICE:
1100 SOUTH MAIN STREET
SUITE 12
HOPKINSVILLE, KY 42240
(270) 885-1212

LEXINGTON OFFICE:
771 CORPORATE DRIVE
SUITE 105
LEXINGTON, KY 40503
(859) 219-2239

LOUISVILLE OFFICE:
600 DR. MARTIN LUTHER KING JR. PLACE
ROOM 1072B
LOUISVILLE, KY 40202
(502) 582-5341

OWENSBORO OFFICE:
423 FREDERICA STREET
ROOM 305
OWENSBORO, KY 42301
(270) 689-9085

Toll-Free 1-800-283-8983
E-Mail: jim_bunning@bunning.senate.gov

**MELISSA L. BEAN**
8TH DISTRICT, ILLINOIS

COMMITTEE ON FINANCIAL SERVICES
COMMITTEE ON SMALL BUSINESS

# Congress of the United States
## House of Representatives
### Washington, DC 20515-1308

WASHINGTON OFFICE:
512 CANNON HOUSE OFFICE BUILDING
(202) 225-3711

DISTRICT OFFICE:
1430 NORTH MEACHAM RD.
SCHAUMBURG, IL 60173
(847) 519-3434

www.house.gov/bean

July 14, 2006

Mr. Xiaodong Xun
2213 Pennview Lane
Unit B
Schaumburg, IL 60194

Dear Mr. Xun:

My office has recently received correspondence from the United States Citizenship and Immigration Service (USCIS) regarding the inquiry I sent to them on your behalf.

According to the Congressional Liaison of the Texas Service Center the name check clearance for Xiaolei Zhu has cleared. However your name check is still pending. No decision can be made on either of your cases without your name check being cleared. In addition the USCIS has your current address listed as 208 Bontressa Drive, #7, Louisville, KY 40206. If this address is incorrect you may wish to contact USCIS to update your address.

My office has contacted the Federal Bureau of Investigation to determine the status of your case. When a response is received we will forward that information to you.

If you have any questions, please feel free to contact Nicholas Jordan in my district office at 847-519-3434.

Sincerely,

Melissa L. Bean
Member of Congress

1430 N. Meacham Road
Schaumburg, IL 60173
Phone: 847-519-3434
Fax: 847-358-3436