UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| XIAODONG XUN, <br><br> Plaintiff, <br><br> v. <br><br> MICHAEL CHERTOFF, *et al.* <br><br> Defendants. | Civil Action No.: 06-1515 (RWR) |

**SUGGESTION OF MOOTNESS**

Defendants file this Suggestion of Mootness, pursuant to Rule 12(h)(3), because the Unites States Citizen and Immigration Services ("USCIS") has taken the action demanded by Plaintiff. Specifically, Plaintiff alleged improper delay by USCIS in resolving his application for adjustment of status for permanent residency. USCIS recently approved the application. See Ex. 1. Undersigned counsel discussed the matter with pro se Plaintiff, who indicated he would have no objection to the filing of a suggestion of mootness. Therefore, it appears that the matter should be dismissed for lack of jurisdiction in light of the lack of case or controversy.

November 8, 2006                              Respectfully submitted,

                                                                            /s/
                                        JEFFREY TAYLOR, D.C. Bar #498610
                                        United States Attorney

                                                                            /s/
                                        RUDOLPH CONTRERAS, D.C. Bar # 434122
                                        Assistant United States Attorney

          /s/
ALEXANDER D. SHOAIBI, D.C. Bar # 423587
Assistant United States Attorney
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-7236
alexander.d.shoaibi@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of <u>Defendants' Suggestion of Mootness</u> was made by the Court's Electronic Case Filing System this 8th day of November, 2006 to:

Xiaodong Xun
2213 Pennview Lane, Apt. B
Schaumburg, IL 60194
xiaodongxun@hotmail.com


/s/ Alexander D. Shoaibi
_____
ALEXANDER D. SHOAIBI
Assistant United States Attorney

Department of Homeland Security
U.S. Citizenship and Immigration Services

**I-797C, Notice of Action**

Form I-797C

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER | CASE TYPE | |
|---|---|---|
| SRC-04-061-50360 | I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS | |
| RECEIPT DATE | PRIORITY DATE | APPLICANT A096 090 718 |
| December 29, 2003 | February 27, 2003 | XUN, XIAODONG |
| NOTICE DATE | PAGE | |
| October 23, 2006 | 1 of 1 | |

XIAODONG XUN
2213 PENNVIEW LN B
SCHAUMBURG IL 60194

Notice Type: Approval Notice
Section: Adjustment as direct beneficiary of immigrant petition
COA: E17

The above application has been approved. Prior to receiving your permanent resident card you may be required to report for biometrics processing (photo/fingerprint/signature). Please do not take any action at this time. If you are required to report for this processing, you will receive another notice advising you of the date, time and location to appear.

If you have not received your permanent resident card or the above mentioned notice to appear for biometrics processing within 90 days, please call this office at the number listed below.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
IMMIGRATION & NATURALIZATION SERVICE
TEXAS SERVICE CENTER
P O BOX 851488 - DEPT A
MESQUITE TX 75185-1488
Customer Service Telephone: (800) 375-5283

Form I-797C (Rev. 01/31/05) N