```
                    UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLUMBIA
_____
                              )
XIAODONG XUN,                 )
                              )
        Plaintiff,            )
                              )
        v.                    )   Civil Action No. 06-1515 (RWR)
                              )
MICHAEL CHERTOFF, et al.,     )
                              )
        Defendants.           )
_____)
```

**ORDER TO SHOW CAUSE**

On November 8, 2006, defendants filed a Suggestion of Mootness pursuant to Fed. R. Civ. P. 12(h)(3), seeking to dismiss the claims against them for lack of jurisdiction in light of the lack of a case or controversy. Plaintiff has filed no response to defendants' Suggestion of Mootness. Accordingly, it is hereby

ORDERED that plaintiff show cause in writing by March 7, 2007 why this case should not be dismissed as moot.

SIGNED this 20th day of February, 2007.

```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```