**RECEIVED**

United States District Court
For the district of Columbia

MAR 0 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| Xiaodong Xun ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 06-1515 (RWR) |
| Michael Chertoff, et al., ) | |
| Defendants ) | |

Reply to order to show cause

I (plaintiff) agree that this case should be dismissed as moot.

On November 2006, I was contacted by the defendant. Because I had received my green card by then, there was no reason to continue the lawsuit. So we mutually agree to dismiss the case. Also I was told I did not need to do anything.

Since then, I have not received any letter regarding to defendants' suggestion of Mootness, for some reasons. So I assumed that this case had been dismissed. Please accept my apology for not reporting my decision.

Signed this 28th day of February, 2007.

Sincerely,

Xiaodong Xun