UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                              )
XIAODONG XUN,                 )
                              )
        Plaintiff,            )
                              )
        v.                    )   Civil Action No. 06-1515 (RWR)
                              )
MICHAEL CHERTOFF, et al.,     )
                              )
        Defendants.           )
_____)
```

**ORDER**

The defendant has suggested that this case should be dismissed as moot. The plaintiff has not opposed this suggestion. In light of this representation, it is hereby

ORDERED that this case be, and hereby is, DISMISSED.

SIGNED this 7th day of March, 2007.

```
                    _____/s/_____
                    RICHARD W. ROBERTS
                    United States District Judge
```